# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00165-CR

**Gary Alan Reeves, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF ARCHER COUNTY, 97TH JUDICIAL DISTRICT
### NO. 01-04-0018A-CR, HONORABLE ROGER E. TOWERY, JUDGE PRESIDING

After appellant Gary Alan Reeves pleaded guilty to burglary of a habitation and sexual assault, the district court adjudged him guilty and imposed sentences of forty years= imprisonment for the burglary and twenty years= imprisonment for the sexual assault. *See* Tex. Pen. Code Ann. '' 22.011. 30.02 (West Supp. 2002). Appellant=s court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel=s brief was delivered to appellant, and appellant was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel=s brief and agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Counsel=s motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Affirmed

Filed: August 30, 2002

Do Not Publish